UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIIJON YOUNG, | Case No. CV 06-6593 DDP(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT A. HOREL, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _September 7, 2011_

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE